UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
LOUIS H. SAUNDERS, JR.,

        Plaintiff,                                            **ORDER**
                                                                                                                       23-CV-8921 (LDH) (TAM)

      -against-

THE CENTER FOR FAMILY REPRESENTATION,
TANIA SCHRAG,

        Defendants.
---------------------------------------------------------------X

LaSHANN DeARCY HALL, United States District Judge:

      Plaintiff Louis H. Saunders, Jr., proceeding *pro se*, filed this action against Defendants Tania Schrag and the Center for Family Representation on November 29, 2023.  (*See* Compl., ECF No. 1.)  However, Plaintiff failed to either pay the filing fee or seek a waiver of the fee by filing an application to proceed *in forma pauperis* ("IFP").  By letter dated December 5, 2023, the Clerk of Court informed Plaintiff that he must file an IFP application or pay the filing fee within 14 days in order to proceed with this action.  (*See* Notice of Deficient Filing, ECF No. 2.)  To date, Plaintiff has not paid the filing fee or filed an IFP application or otherwise responded to the Clerk's letter.  Accordingly, the Court dismisses this action without prejudice.

      The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal.  *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).  The Clerk of Court is respectfully directed to close this case and mail a copy of this Order to the Plaintiff.

      SO ORDERED.

                                                                       /s/LDH
                                                        LaSHANN DeARCY HALL
                                                        United States District Judge

Dated: February 19, 2025
       Brooklyn, New York